# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CECILE HYACINTHE,                               :
                                                :
                    Plaintiff,                  :
                                                :       CIVIL ACTION
              v.                                :
                                                :
PIEDMONT AIRLINES                               :       No. 20-cv-05222-WB
                                                :
                    Defendant.                  :
                                                :

## O R D E R

**AND NOW** this 17th day of August, 2021, upon consideration of Defendant's Motion to Enforce Settlement Agreement (Doc. No 27), it is **ORDERED** that:

1. Defendant's Motion to Enforce Settlement Agreement (Doc. No. 27) is **GRANTED IN PART**. Plaintiff shall comply with the written settlement agreement provided by Defendant except for the provision regarding an award of attorneys' fees and costs to the prevailing party in any action to enforce the settlement agreement.

2. In all other respects, Defendant's motion is **DENIED**.

3. The parties shall advise me within ten days regarding whether they wish to object to my findings and what right of appeal, if any, they will choose to exercise before the case is closed. Failure to advise me of such may forfeit the parties' rights of appeal. *See Shell's Disposal and Recycling, Inc. v. City of Lancaster*, 504 F. App'x 194, 200 n.9 (3d Cir. 2012).

                              BY THE COURT:


                               s/Richard A. Lloret
                              RICHARD A. LLORET
                              U.S. Magistrate Judge